United States District Court
Southern District of Texas
**ENTERED**
September 28, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| ANTHONY J. PINELLI, § § Plaintiff, § § v. § § BELL & WILLIAMS ASSOCIATES, INC., § § § Defendant. | CASE NO. 3:21-cv-00198 |

# ORDER

After considering Defendant's Unopposed Motion to Set Aside Entry of Clerk's Default ("Motion"), the Court finds that the Motion has merit and should be **GRANTED**.

It is **ORDERED** that the Clerk's Default (Doc. 14) is hereby set aside and vacated.

September 28, 2021            _____
                              PRESIDING JUDGE

1