United States District Court
Southern District of Texas
**ENTERED**
November 10, 2021
Nathan Ochsner, Clerk

SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANTHONY J. PINELLI, | § | |
| | § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL ACTION NO. 3:21-CV-198 |
| | § | |
| BELL & WILLIAMS ASSOCIATES, INC., | § § § | |
| *Defendant*. | § | |

# **ORDER**

The court has been advised that a settlement has been reached between the parties. Dkt. 22. Accordingly, the court orders that all claims against the defendant in the above-styled case are dismissed without prejudice to refiling, unless either party represents in a writing filed with the court on or before Monday, January 10, 2022, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Monday, January 10, 2022.

Signed on Galveston Island on the 10th day of November, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE